IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



JERRY WAYNE GORE,           §
                            §
        Plaintiff,          §
                            §
VS.                         §   NO. 4:09-CV-095-A
                            §
MICHAEL J. ASTRUE,          §
COMMISSIONER OF SOCIAL      §
SECURITY,                   §
                            §
        Defendant.          §

ORDER

Came on for consideration the above-captioned action wherein Jerry Wayne Gore is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits and medical insurance benefits under Title II of the Social Security Act. On September 15, 2010, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until October 6, 2010, in which to file and serve objections. Neither party filed an objection. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the Magistrate

Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability insurance benefits and medical insurance benefits under Title II of the Social Security Act be, and is hereby, affirmed.

SIGNED October 13, 2010.

_____
JOHN McBRYDE
United States District Judge